IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00367-PAB-1

UNITED STATES OF AMERICA,

      Plaintiff,

                                              FILED UNDER SEAL

v.

1.  MIGUEL ANGEL CARO-QUINTERO,

      Defendant.

ORDER TO SEAL

The matter is before the Court on the Government's Brief in Support of Motion to Seal and its Response to Defendant's Motion for a Variant Sentence. Upon consideration and for good cause shown,

IT IS ORDERED that the government's Brief on the Motion to Seal [Docket No. 27], its Response to Defendant's Motion for a Variant Sentence [Docket No. 25], as well as any order issued by this Court, are hereby sealed until further order by the Court.

DATED February   2  , 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge